Harvey J. Wolkoff (*Pro Hac Vice*)
Aliki Sofis (*Pro Hac Vice*)
Kaitlyn M. O'Connor (*Pro Hac Vice*)
111 Huntington Avenue, Suite 520
Boston, MA 02199
Telephone: (617) 712-7100
harveywolkoff@quinnemanuel.com
alikisofis@quinnemanuel.com
kaitoconnor@quinnemanuel.com

Jaclyn M. Palmerson (Bar. No. 209452016)
Jesse Bernstein (*Pro Hac Vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
jaclynpalmerson@quinnemanuel.com
jessebernstein@quinnemanuel.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HIGHFIELDS CAPITAL I LP, HIGHFIELDS CAPITAL II LP, AND HIGHFIELDS CAPITAL III L.P., <br><br> *Plaintiffs*, <br><br> v. <br><br> PERRIGO CO., PLC, JOSEPH PAPA, AND JUDY BROWN, <br><br> *Defendants*. | Civil Action No.: 2:20-cv-02596-MCA-LDW |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Highfields Capital I LP, Highfields Capital II LP, and Highfields Capital III L.P., by and through their undersigned counsel, hereby give notice that the remaining claims in the above captioned action are

voluntarily dismissed without prejudice against Defendants Perrigo Co., PLC, Joseph Papa, and Judy Brown.

For the sake of clarity, Plaintiffs are voluntarily dismissing without prejudice Counts II, III, and IV of the Complaint (ECF No. 1). Counts I, V, VI, VII and VIII of the Complaint were previously dismissed on April 7, 2020 for lack of jurisdiction under the Securities Litigation Uniform Standards Act (ECF No. 55).

DATED:   June 4, 2020

                                               QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                               By: /s/ *Harvey J. Wolkoff*
                                               Harvey J. Wolkoff (*Pro Hac Vice*)
                                               Aliki Sofis (*Pro Hac Vice*)
                                               Kaitlyn M. O'Connor (*Pro Hac Vice*)
                                               111 Huntington Avenue, Suite 520
                                               Boston, MA 02199
                                               Telephone: (617) 712-7100
                                               harveywolkoff@quinnemanuel.com
                                               alikisofis@quinnemanuel.com
                                               kaitoconnor@quinnemanuel.com

                                               Jaclyn M. Palmerson (Bar. No. 209452016)
                                               Jesse Bernstein (*Pro Hac Vice*)
                                               51 Madison Avenue, 22nd Floor
                                               New York, NY 10010
                                               Telephone: (212) 849-7000
                                               jaclynpalmerson@quinnemanuel.com
                                               jessebernstein@quinnemanuel.com

                                               *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 4th day of June, 2020.

/s/ *Harvey J. Wolkoff*
Harvey J. Wolkoff